IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KENNETH E. GOODMAN,            )
                               )
        Petitioner,            )
                               )
v.                             )        CASE NO. 2:09-cv-336-TMH
                               )                [WO]
                               )
ALVIN SPEIGHTS, *et al.*,      )
                               )
        Respondents.           )

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #14) in this case to which
no timely objections have been filed.  After a review of the Recommendation, and after an
independent review of the entire record, the Court believes that the Recommendation
should be adopted.  Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #14) of the Magistrate Judge is
ADOPTED.  Petitioner's Motion to Dismiss (Doc. #13) is GRANTED.  The petition
pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice.  A separate judgment shall
issue.

Done this 29th day of June, 2009.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE

2